Paul E. Danielson, Justice, concurring. I concur with the majority’s denial of the instant petition. I do so, however, because my denial is based solely on the plain language of article 5, section 1, as amended by Amendment 7, which provides that “laws may be enacted to facilitate its operation.” Ark. Const, art. 5, § 1. The provisions for initiated acts are part and parcel of Title 7 of the Arkansas Code Annotated, our Election Code. See Ark.Code Ann. §§ 7-9-101 to -126 (Repl.2011 & Supp. 2013). Within that Title are general provisions for elections, including Ark.Code Ann. § 7-1-108, which states that “[i]f an election law deadline occurs on a Saturday, Sunday, or legal holiday, the deadline shall be the next day which is not a Saturday, Sunday, or legal holiday.” Ark.Code Ann. § 7-1-108 (Repl.2011). I believe it is this section alone that controls, rather than Ark. Const. | iaAmendment 51, § 9(7), that pertains to voter registration, and it is clear to me that this section facilitates the operation of article 5, section 1, as amended by Amendment 7. Because I believe that this section governs and permits the filing of the initiative petition on July 7, I too deny the original-action petition and respectfully concur. CORBIN, J., joins.